**Jose Ricardo RUIZ, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

**No. 05–50272.**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Feb. 23, 2006.

Jose Ricardo Ruiz, Bastrop, TX, pro se.

---

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Jose Ricardo Ruiz, federal prisoner # 12399–080, appeals the district court's dismissal of his 28 U.S.C. § 2241 petition challenging his guilty-plea conviction for escape from the custody of a federal prison camp. *See* 18 U.S.C. § 751(a); *United States v. Ruiz,* 180 F.3d 675, 676 (5th Cir.1999). He argues that he is entitled to pursue habeas relief under the "savings clause" of 28 U.S.C. § 2255. Ruiz has not made the requisite showing to qualify for the "savings clause" of § 2255. His challenge to the sentencing court's application of the Guidelines is not based on a retroactively applicable Supreme Court decision which establishes that the offense no longer qualifies as a violation of law. *See Reyes–Requena v. United States,* 243 F.3d 893, 904 (5th Cir.2001). Accordingly, the district court's dismissal of his § 2241 petition is affirmed.

Ruiz's motion for appointment of counsel is denied.

AFFIRMED; MOTION DENIED.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.